# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REBECCA MICHELLE MANGUNO | CIVIL ACTION NO. |
| vs. | SECTION: |
| ETHEX CORPORATION | MAGISTRATE:<br>JURY TRIAL REQUESTED |

## COMPLAINT FOR DAMAGES

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:

The complaint of Rebecca Michelle Manguno, a person of majority age, a resident and domiciliary of Baton Rouge, Louisiana, files this Complaint for Damages against defendant, Ethex Corporation, and represents as follows:

1.

Plaintiff, Rebecca Michelle Manguno, is a person of majority age, a resident and domiciliary of Baton Rouge, Louisiana, within this judicial district.

2.

Defendant, Ethex Corporation, is a foreign corporation, organized under the laws of Missouri and has its domicile and principal place of business in Missouri, but said defendant is doing business in this state and judicial district.

3.

Jurisdiction herein is based upon the diversity of citizenship of the parties and an amount in controversy which exceeds $75,000, exclusive of interest and costs.

4.

On or about January 2007, plaintiff was prescribed Morphine Sulfate ER tablets, began filling those prescriptions and taking the medication as prescribed.

5.

Plaintiff continued to fill Morphine Sulfate ER prescriptions and taken the medication through June, 2008.

6.

The Morphine Sulfate ER tablets that plaintiff was dispensed were manufactured by defendant, Ethex Corporation.

7.

On June 24, 2008 plaintiff, learned for the first time that there was a problem with the Morphine Sulfate ER tablets and that several lots of the medication, including lots from which her prescriptions were filled, were being recalled by Ethex Corporation because some tablets were oversized and may contain as much as twice the appropriate level of active ingredient.

8.

Upon receipt of this information, plaintiff immediately contacted her physician and discontinued use of the aforementioned product.

9.

Plaintiff believes that she may have ingested twice the daily dose on a number of

occasions, due to the defects in the design and manufacture of the product aforedescribed.

10.

As a result of unknowingly ingesting amounts greater than that which she was prescribed, plaintiff has suffered significant medical problems, including excessive drowsiness, fatigue, grogginess, energy loss and excessive sleeping, and she has missed work and gone to the emergency room on more than one occasion to receive treatment related to the aforementioned.

11.

Under these circumstances, plaintiff believes that it is more probable than not that she received and ingested the defective Morphine Sulfate ER tablets from on or about January, 2007 until June 24, 2008.

12.

Under these circumstances, plaintiff believes that it is more probable than not that the Morphine Sulfate ER tablets were defective in their design and/or manufacture and that they failed to perform as intended and were a substantial contributing cause of plaintiff's infirmities as described above.

13.

Plaintiff contends that defendant put into commerce a product that was defective in design, manufacture and composition, violated expressed warranties, and lacked adequate warnings, all of which renders the defendant, Ethex Corporation, liable unto plaintiff for the harm, which was proximately caused by the defective condition of the defendant's products.

14.

As a result, plaintiff seeks damages for her pain and suffering, mental anguish, temporary

3

and permanent disability, loss of enjoyment of life, loss of earnings and earning capacity, and medical expenses.

15.

Plaintiff further contends that defendant's product was defective in its design and/or composition so that a reasonable buyer would not have bought the product had she known of the defect. Accordingly, plaintiff has a claim for redhibition pursuant to Art. 2545 of the Louisiana Civil Code against defendant and defendant is liable for the damages aforesaid as well as for reasonable attorney fees.

16.

Plaintiff hereby demands a jury trial as to all claims triable under this action.

WHEREFORE, plaintiff prays that this Complaint be filed and the defendant be served to appear and answer same, and after all legal delays and due proceedings had, that there be judgment herein in favor of plaintiff, Rebecca Michelle Manguno, and against defendant, Ethex Corporation, condemning defendant to pay the sum of $1,000,000 or such greater sum as is just and reasonable under the circumstances, pre-judgment interest from the date of judicial demand until paid, all costs of these proceedings, attorney fees and all general and equitable relief, and for trial by jury.

4

Case 3:08-cv-00382-JVP-SCR   Document 1   06/25/08   Page 4 of 5

Respectfully submitted,

S/David A. Abramson
David A. Abramson (Bar No. 21435)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514-facsimile
Abramson@lksalaw.com

and

Stephen J. Herman (Bar No. 23129)
Russ M. Herman (Bar No. 6819)
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504) 581-4892
(504) 561-6024-facsimilie
Sherman@hhkc.com
Rherman@hhkc.com

Attorneys for Plaintiff

PLEASE SERVE:
ETHEX CORPORATION
Through the Louisiana Long-Arm Statute
Via Certified Mail, Return Receipt Requested:
Patricia K. McCullough
One Corporate Woods Drive
St. Louis, MO 63044

and

Through the Louisiana Long-Arm Statute
Via Certified Mail, Return Receipt Requested:
C.T. Corporation System
120 South Central Avenue
Clayton, MO 63105

5