IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REBECCA MICHELLE MANGUNO | § § § | |
| Plaintiff, | § § | CASE NUMBER: 3:08-cv-00382 |
| v. | § § | JURY TRIAL REQUESTED |
| ETHEX CORPORATION | § § | |
| Defendant. | § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The parties hereto, through their respective counsel, hereby stipulate and agree that the following entry may be made with respect to all claims: DISMISSED WITH PREJUDICE.

Respectfully submitted;

BY: _____
David A. Abramson (# 21435)
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504)-588-1500 - *telephone*
(504)-588-1514 - *facsimile*

and

Stephen J. Herman (# 23129)
Russ M. Herman (# 6819)
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504)-581-4892 - telephone
(504)-561-6024 - *facsimile*

**COUNSEL FOR REBECCA MICHELLE MANGUNO**

G. Bruce Parkerson (#1118)
PLAUCHÉ MASELLI PARKERSON, LLP
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139
(504) 582-1142 - *telephone*
(504) 582-1172 - *facsimile*

and

C. Michael Moore (*admitted pro hac vice*)
Margaret D. Hall (*admitted pro hac vice*)
Christopher W. Reynolds (*admitted pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL, LLP
2000 McKinney Ave., Ste. 1900
Dallas, Texas 75201
(214)-259-0900 - *telephone*
(214)-259-0910 - *facsimile*

**COUNSEL FOR ETHEX CORPORATION**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this __16__ day of __July__, 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding either electronically or by mailing the same by United States Mail, properly addressed and first class postage prepaid.

/s/ G. Bruce Parkerson